**SO ORDERED.**

**TIFFANY & BOSCO** P.A.

Dated: October 21, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-21103/0153163837

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-18309-CGC |
| Douglas Kurt Devore and Nancy D. Devore, Maryland Heights Garden Homes<br>Debtors. | Chapter 13<br><br>O R D E R |
| U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3<br>Movant,<br>vs.<br>Douglas Kurt Devore and Nancy D. Devore, Maryland Heights Garden Homes, Debtors; Russell A. Brown, Trustee.<br>Respondents. | (Related to Docket # 28) |

This matter having come before the Court for a Preliminary Hearing on October 15, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated July 7, 2006, and recorded on July 11, 2006 in Instrument No. 20060926675, in the office of the Maricopa County Recorder at wherein U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3 is the current beneficiary and Douglas Kurt Devore and Nancy D. Devore, Maryland Heights Garden Homes have an interest in, further described as:

Lot 48, of MARYLAND HEIGHTS GARDEN HOMES, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 152 of Maps, Page 41.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective November 16, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT